IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT E. HARRIS JR                                                                                 PLAINTIFF

      v.                                      Civil No. 2:13-cv-02263

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Comes now the Court on this the 18th day of December 2014, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                    /s/   Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U.S. MAGISTRATE JUDGE